UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Mohd Nazzal Abu Jamous,                         Chapter 7

             Debtor(s).                       Case No. 13-33318-KLP

Judy A. Robbins
United States Trustee
Region Four,
                         Plaintiff

v.

Mohd Nazzal Abu Jamous,                        Adv. Proc No. 15-03476-KLP

             Defendant(s).

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
AND DENYING DISCHARGE**

This matter came before the Court upon the Request of the United States Trustee's Motion Requesting Entry Of Default and Default Judgment Pursuant To Bankruptcy Rule 7055 and Federal Rule of Civil Procedure 55 Against Defendant Mohd Nazzal Abu Jamous (the "Motion")[1], and it appearing to the Court (i) that due notice of the Motion was given, (ii) the Summons and Complaint in this adversary proceeding were properly served upon the Defendant, Mohd Nazzal Abu Jamous (the "Defendant"), (iii) the Defendant has failed to answer, file a responsive pleading or otherwise respond to the Complaint, (iv) the time for filing pleadings has expired, (v) the Defendant is in default, (vi) default was entered against the Defendant by the Clerk of the Court, (vii) the Defendant is not an infant or incompetent, (viii) the Defendant is not in the military service so as to be entitled to the benefits of the Soldier's and Sailor's Civil Relief Act and (ix) good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

---

1 Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Robert B. Van Arsdale, Esq., AUST, VSB 17483
Shannon Franklin Pecoraro, Esq., VSB 46864
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219
(804) 771-2310

1. The Motion is GRANTED.

2. The discharge of the Defendant is DENIED.

3. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.___

DATE  KEITH L. PHILLIPS

Mar 14 2016

/s/ Keith L. Phillips
_____

BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

Entered on Docket:  Mar 15 2016

I ask for this:

__/s/Robert B. Van Arsdale
Robert B. Van Arsdale
Aiisitant U.S. Trustee
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219_____

## CERTIFICATION

I hereby certify that this Order has been either served on or endorsed by all necessary parties.

/s/  Robert B. Van Arsdale
Robert B. Van Arsdale

## SERVICE LIST

Mohd Nazzal Abu Jamous
1822 Ducatus Drive
Midlothian, VA  23113

Roy M. Terry, Jr.
Sands Anderson, PC
P. O. Box 2188
Richmond, VA 23218-2188

Shannon Pecoraro, Esq.
Office of the U.S. Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219